# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00490-CV

**Cowen Holdings Liquidating Trust, Appellant**

**v.**

**Maytag Corporation, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT NO. 12,027, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

The parties filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal.


Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Joint Motion

Filed: March 14, 2002

Do Not Publish